1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10   JEAN BUDD, JR.,

11            Plaintiff,                    No. C 13-00292 WHA

12       v.

13   SUN LIFE FINANCIAL , PIC LIFE          **ORDER RE NOTICE**
     INSURANCE COMPANY, and                **OF SETTLEMENT**
14   DOES 1–20, inclusive,

15            Defendants.
16   _____/

17        The Court acknowledges and thanks plaintiff for his notice of settlement but cautions that

18   ALL deadlines remain in place until a dismissal is filed.

19

20        **IT IS SO ORDERED.**

21

22   Dated:   July 23, 2013.

23                                          _____
                                            WILLIAM ALSUP
24                                          UNITED STATES DISTRICT JUDGE

25
26
27
28

**United States District Court**
For the Northern District of California