United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN BUDD, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>SUN LIFE FINANCIAL, PIC LIFE INSURANCE COMPANY, and DOES 1–20, inclusive,<br><br>    Defendants.<br>                                        / | No. C 13-00292 WHA<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

The Court acknowledges and thanks plaintiff for his notice of settlement but cautions that ALL deadlines remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: July 23, 2013.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE